UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD TORRES, ) | Civil No. 14-CV-1293-L |
| ) | Criminal No. 08-CR-2559-5-L |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On May 20, 2014, Petitioner, Robert Edward Torres ("Petitioner"), filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The Court denied his motion on February 3, 2017. On March 13, 2017, Petitioner filed a Motion for Issuance of Certificate of Appealability.

A certificate of appealability is authorized "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, Petitioner must show that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Petitioner does not have to show "'that he should prevail on the merits. He has already failed in that endeavor.'" *Lambright v. Stewart*,

220 F.3d 1022, 1025 (9th Cir. 2000) (internal quotation omitted).

      Having reviewed the matter, the Court finds Petitioner's motion does not support a certificate of appealability as to Petitioner's claims.  Petitioner has not made a substantial showing that he was denied a constitutional right and the Court is not persuaded that jurists could disagree with the Court's resolution of his claims or that the issues presented deserve encouragement to proceed further.  Therefore, Petitioner's request for a certificate of appealability is **DENIED**.

      **IT IS SO ORDERED.**

DATED:  March 23, 2017

                                                       */s/ M. James Lorenz*
                                        M. James Lorenz
                                        United States District Court Judge

COPY TO:

PETITIONER
U.S. ATTORNEY'S OFFICE